

# COLLATERAL POINT
PROTECK VALUATION SERVICES

*with site inspection*

## SUBJECT

| | | | |
|---|---|---|---|
| Client: | GREEN TREE | Report Date: | 5/30/2012 |
| Loan Number: | | Batch: | |
| Borrowers Name: | LEE A CAPALBO | Address: | 72 HAGGARTY HILL RD |
| Loan Balance: | Not Provided | City, State Zip: | SAUNDERSTOWN, RI 02874 |
| Submitted Value: | Not Provided | County: | WASHINGTON |
| | | Agent: | IRYNA SIECZKIEWICZ |
| | | Office: | Coastal Town Realty |
| | | Phone: | (401) 295-4645 |

## EVALUATION

**CollateralPT Value:** $482,600
**CollateralPT Variance:** N/A
**CollateralPT Value LTV:** N/A
**Submitted Value LTV:** N/A

Comments: The subject is a large house in a semi-rural area. There is a high foreclosure percentage in the neighborhood. The owner/tenant ratio is 80/20. The comparable sales approach was given the most consideration, due to the us of the most similar and proximate comps available, followed by the comparable sqft approach which was given average consideration due to variable $/sqft. The subject does not a...(more in addendum)

**Quick Sale:** $458,470

Comments: High inventory in the area, short sales present in the local market and driving prices down.
Local real estate professional estimates (5%) discount will drive quick sale. Quick sale value derived by applying discount percent to Collateral PT value.

## RISK

| Collateral | Market |
|---|---|
| No Collateral Risk Indicators Detected | Current Market Condition Is Slow |
| | High Percent REO In Neighborhood (33.3%) |

## AUTOMATED VALUE INDICATORS

| | | |
|---|---|---|
| **AVM Value:** | $484,100.00 | **Weight: Weak** |
| Confidence: 72 | Low: $422,700 | lack of data and a low score |
| Model: PASS | High: $545,600 | |
| | | |
| **Comparable Sales Value:** | $474,865.32 | **Weight: Strong** |
| Indicated value based on weighted comparable sales. | | use of similarly sized and aged properties |
| | | |
| **Comparable Sq. Ft. Value:** | $498,420.01 | **Weight: Average** |
| Indicated value based on price per sq. ft. of selected comps weighted by relevance * GLA of subject | | variable $/sqft |
| | | |
| **Market Appreciation Value:** | $0.00 | **Weight: Weak** |
| Indicated value based on subject's last known Sale Price * Average Market Appreciation in subject neighborhood since sale | | lack of data and prior sales information |

Estimate of the property's market value provided reflects subject's actual physical condition, use and zoning designation as of the effective date of this evaluation. Use and zoning verified as available. Property's actual physical condition was obtained from an on-site inspection performed in conjunction with this evaluation. Supporting photos were taken at time of inspection. Analysis performed includes selection and weighting by relevance of comparable sales and listings and market indexes with the Final Market Value produced by multiple proprietary algorithms using the selected inputs. Supplemental information that was considered includes aerial mapping, various market analytics, conditions and factors as well as public and MLS property transaction data.

While deemed reliable, this report is not a real estate appraisal and therefore neither PRO TECK VALUATION SERVICES nor the agent conducting this report shall be held liable for any information provided.



**COLLATERAL POINT**
PROTECK VALUATION SERVICES

with site inspection

## Subject Characteristics

| | |
|---|---|
| APN | 35111 |
| Inspection type | Exterior |
| Date of inspection | 05/30/2012 |
| Condition | Average |
| Land use | Residential |
| Property type | SFD |
| Condo/Association fees: | N/A |
| Fee includes: | N/A |
| Under Construction | No |
| Stories | 2 |
| Units | N/A |
| Year built | 1998 |
| Occupancy | Occupied-Owner |
| Rooms/Beds/Baths | 9/4/3.5 |
| Fireplaces | 1 |
| Pool | NO |
| Living area | 3069 |
| Price per sq. ft. | 90.91 |
| Estimate repair costs | $0 |
| Currently offered for rent | No |
| Name/Company | N/A |
| Phone | N/A |
| Vacant Units | N/A |
| Vacancy Date | N/A |

## Subject Marketability

| | |
|---|---|
| The subject is | Appropriate Improvement |
| Marketability of subject is | Average |

## Neighborhood Characteristics

| | |
|---|---|
| Number of competing neighborhood listings | 3 |
| Number of neighborhood REO/Corporate listings | 1 |
| REO/Corporate listing percentage | 33% |
| Current marketing time in this area | 90 |
| Employement conditions | Declining |
| Number of boarded and/or vacant homes | 0 |
| Rural indicator | YES |
| Neighborhood type | Residential |
| Percent owner occupied | 80% |
| Percent renter occupied: | 20% |
| Percent SFR: | 99% |
| Percent condo: | 1% |
| Average number of rooms: | 7 |
| Avg price per sq. ft. | $160.00 |
| Market rent | $1,500 |

## Neighborhood Values

| | |
|---|---|
| Low Price: | $250,000 |
| High Price: | $900,000 |
| Average Price: | $450,000 |

**Comments:** Average exterior condition, curb appeal and pride of ownership compared with the neighborhood. No major flaws or damages noticed at the time of drive-by inspection. No immediate repairs needed. Residential rural neighborhood, properties on the street are similar by size, appeal, condition. Quick highway access. Short ride to town and amenities.

**Repair comments:** No repairs needed based on drive-by inspection.

## Subject Foreclosure/Sale History

| | |
|---|---|
| Foreclosure sale in last 3 years | No |
| Pre-Foreclosure sale in last 3 years | No |
| Transfer activity in past 3 years | No |
| Multiple sales in any 90-day period | No |

## Subject Sales History/Appreciation

| | |
|---|---|
| Most recent sale price | $279,000 |
| Most recent sale date | 09/11/1998 |
| Appreciation vs user submitted value | N/A |
| Zip appreciation for same period | N/A |
| Current market conditions | Slow |
| Prior Sale Price | N/A |
| Prior Sale Date | N/A |

## Neighborhood Foreclosures and Sales

| | |
|---|---|
| Number of recent foreclosures | 1 |
| Number of recent sales | 2 |
| Foreclosure percentage | 33% |

## Flip Indicator
(appreciation of neighborhood properties sold multiple times within past 3 years)

| Indicator | 1 Year | 2 Years | 3 Years |
|---|---|---|---|
| Multiple Sales | N/A | N/A | N/A |
| Appreciation of Multiple Sales | N/A | N/A | N/A |



**COLLATERAL POINT**
PROTECK VALUATION SERVICES

with site inspection

## PRIOR LISTING AND SALES HISTORY

| MLS# | Listed By | Phone | Status | Status Date | List/Sale Price |
|---|---|---|---|---|---|
| No details available | | | | | |

**Listing History Comments:**

**ADDENDUM** — Overall Comments Additonal: The subject is a large house in a semi-rural area. There is a high foreclosure percentage in the neighborhood. The owner/tenant ratio is 80/20. The comparable sales approch was given the most consideration, due to the us of the most similar and proximate comps available, followed by the comparable sqft approach which was given average consideration due to variable $/sqft. The subject does not appear to be listed.

## SUBJECT
*Satellite Birdseye Imagery*

| Address Type (MLS - #) | Built | Style/# Stories Rooms/Bed/Bath | GLA Lot (Sqft) | Bsmt/Garage Loc/Cond | Dist $/sft | Sold/List Date (DOM) |
|---|---|---|---|---|---|---|
| 72 Haggarty Hill Rd, SAUNDERSTOWN Sale | 1998 | colonial 9/4/3.5 | 3069 25700 | full/2 car good/AVG | | |

Comments: Average exterior condition, curb appeal and pride of ownership. No major flaws or damages noticed at the time of drive-by inspection. No repairs needed.

## COMPARABLES (provided by local real estate broker/appraiser)
*Satellite/Birdseye Imagery*

| Address Type (MLS - #) / Sales Type | Built | Style/# Stories Rooms/Bed/Bath | GLA (Sqft) Lot (Sqft) | Bsmt/Garage Loc/Cond | Dist $/sft | Orig. List Prc Prob. Sale Val | Sold/List Date (DOM) |
|---|---|---|---|---|---|---|---|
| 467 Westmoreland Ln, Saunderstown Sale (MLS - 992342) / Short Sale | 2004 | colonial 9/4/2.5 | 3280 32670 | full/2 car good/AVG | 1.323 $144.82 | $559,900.00 | 04/30/2012 (266) $475,000.00 |
| Comments: Located within same area, comparable size, appeal, condition. Short sale is typical for the local market. Superior due to lot size, GLA, age. | | | | | | | |
| 313 Westmoreland Ln, Saunderstown Sale (MLS - 1010152) / Fair Market | 2002 | colonial 9/4/2.5 | 2743 32234 | full/2 car good/AVG | 1.53 $154.94 | $439,900.00 | 04/12/2012 (38) $425,000.00 |
| Comments: Similar neighborhood setting within same area. Comparable appeal, condition, style. Superior lot size, inferior bath count and GLA. | | | | | | | |
| 41 Thornfield Way, Saunderstown Sale (MLS - 997263) / Fair Market | 2000 | colonial 8/4/2.5 | 2872 87120 | full/2 car good/AVG | 0.293 $146.24 | $459,000.00 | 02/08/2012 (209) $420,000.00 |
| Comments: Located within same neighborhood, comparable size, appeal, condition. Superior due to bigger lot. | | | | | | | |
| 62 Orchard Woods Dr, Saunderstown Active (MLS - 1007150) / Fair Market | 1998 | colonial 11/4/3.5 | 2799 17860 | full/2 car good/AVG | 0.853 $137.51 | $395,000.00 $373,353.00 | 12/19/2011 (163) $384,900.00 |
| Comments: Similar neighborhood setting within immediate area, comparable age, style, condition, appeal. Inferior due to lot size and GLA. | | | | | | | |
| 928 Slocum Rd, Saunderstown Active (MLS - 1004030) / Fair Market | 1986 | colonial 8/3/3.5 | 2904 80150 | full/none good/AVG | 1.822 $141.18 | $410,000.00 $397,700.00 | 10/23/2011 (223) $410,000.00 |
| Comments: Same market area, but location off the road vs. subject in the neighborhood setting. Comparable size, appeal. Superior lot size. | | | | | | | |
| 263 Orchard Woods Dr, Saunderstown Active (MLS - 1017871) / Fair Market | 1998 | colonial 9/4/2.5 | 2837 48787 | full/2 car good/AVG | 0.741 $162.11 | $459,900.00 $446,103.00 | 05/22/2012 (9) $459,900.00 |
| Comments: Similar location within same market area. Comparable size, appeal, condition. Superior due to bigger lot. Inferior bath count. | | | | | | | |